IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KEENA WELLS and GENARD WELLS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 2:04-cv-03033 Ma/P |
| vs. | ) |
| | ) |
| BARLOWORLD TRUCK CENTER, INC. | ) |
| a.k.a. BARLOWORLD FREIGHTLINER, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT

This matter is before the Court on Defendant's motion for an Order extending the time for Defendant to file an Answer in this cause or otherwise respond to the Complaint by an additional thirty (30) days. Plaintiff does not object to the requested relief. Based on the foregoing, the Court is persuaded that the Motion is well-taken and should be granted. It is therefore ORDERED, DECREED, and ADJUDGED that Defendants shall have up to and including May 27, 2004 in which to file an Answer in this cause or otherwise respond to the Complaint.

SO ORDERED this the 25 day of April 2005.

Honorable ~~Samuel H. Mays, Jr.~~ Tu M. Pham
United States ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

SUBMITTED BY:

FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
Phone: (901) 291-1500

By: _____
Louis P. Britt (#5613)
Keith R. Thomas (#18928)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Mr. Dee Shawn Peoples, 100 North Main, Ste. 2909, Memphis, Tennessee 38103, by U.S. Mail, postage prepaid, this 22nd day of April 2005.

_____
Keith R. Thomas

MEMPHIS:152234.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-03033 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT