IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -9 PM 2:47

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |
|---|---|
| KEENA WELLS, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. <u>04-3033-Ma/P</u> |
| BARLOWORLD TRUCK CENTER, INC., ) a/k/a BARLOWORLD FREIGHTLINER, INC., ) | |
| Defendant. ) | |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION
TO CONTINUE SCHEDULING CONFERENCE**

Presently before the court is plaintiff's Motion to Continue Scheduling Conference, filed on April 22, 2005 (Dkt. #3). On May 19, 2005, defendant's submitted a proposed Rule 16(b) scheduling order, which was approved by the court. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 9, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

(14)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-03033 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT