IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 DEC 14 PM 4:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| KEENA WELLS & JERNARD WELLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-3033-Ma/P</u> |
| | ) | |
| BARLOWORLD TRUCK CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER AND MOTION FOR LEAVE TO AMEND ITS ANSWER**

Before the court is Defendant's Motion to Modify Scheduling Order and Motion for Leave to Amend its Answer, filed November 18, 2005 (Dkt #19). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The plaintiffs have not filed a response and the time for filing a response to defendant's motion to modify scheduling order and motion for leave to amend its answer has passed. Therefore, the motion is GRANTED.

Document entered on the docket sheet in compliance and/or 79(a) FRCP on _12-15-05_

21

Defendant shall file its amended answer, with service upon the plaintiffs, within seven (7) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

December 13, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-03033 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT